Case 1:22-cv-00170   Document 1   Filed on 12/23/22 in TXSD   Page 1 of 7

SOUTHERN DISTRICT OF TEXAS
FILED

DEC 23 2022

NATHAN OCHSNER
CLERK OF COURT

B-22 170

1 of 5

## Plaintiff's Original Petition (Exhibit)

To: The Honorable Judge of the United States District Court:

Now comes DeTra Glover ("Plaintiff"), pro se, complains of *Defendant- Eric Garza, Sheriff of Cameron County (here-in styled "Sheriff") and *Defendant- unknown and unknown Lieutenants and Sergeants of Cameron County Jail (collectively and hereinafter styled "Jail Official(s)"), pursuant to the Civil Rights Act (42 U.S.C. 1983) on the following grounds.

All Defendants aforementioned are being sued in both their individual and official capacity, while under color of law.

### I. Service

1. Based on information and belief, all defendants are located and may be served at: 7300 Old Alice Road, Olmito, TX 78575 or wherever they may be found.

### II. Venue and Jurisdiction

2. Venue and jurisdiction for this Petition has been conferred upon this court pursuant to 25 USC 1321.

3. Plaintiff seeks punitive relief in an amount that is within the limits of this court. Plaintiff seeks Declatory relief.

4. Plaintiff seeks a jury trial.

### III. Cause of Action against Defendant "Jail Official"

5. On or about the eleventh day of October, 2022, Plaintiff, a pretrial detainee in Cameron County Jail- who is both a Texas resident and U.S. citizen and who is eligible to vote-

B-22 170
DEC 23 2022
NATHAN OCHSNER
CLERK OF COURT

filed an electronic inmate request form (the preferred means of communication) to Defendant requesting to vote in the mid-term elections for Texas, that was scheduled to take place on the eighth day of November, 2022.

On or about October 18th, 2022, known Defendant (Sgt. Rafael Lucio) responded to Plantiff's request and said: "We can see what we can do." Plantiff replied and said "Thank you." After that, Plantiff never heard from the known Defendant again.

On or about November 5th, 2022, Plantiff informally spoke with an unknown Defendant about his request. And the unknown Defendant reassured Plantiff that he would have the opportunity to vote.

That reassurance, however, was either false or without knowledge of the truth, because on November 8th, 2022 (the day of the elections), Plantiff did not vote, and he intended to do so.

Any reasonable and well trained official in Defendant's position would have known that all eligible citizens in the State of Texas have a constitutional right to vote and would have taken Plantiff's request seriously. Instead, Plantiff's request was disregarded and ignored without reason.

The foregoing violation by Defendant approximately, proximately, directly and indirectly, known and unknown, caused irreparable harm, in which Defendant is liable.

because it deprived Plantiff of his constitutional right to vote and to have a voice in those who govern.

**IV. Cause of Action against Defendant "Sheriff"**

6. Whereas, policy-making officials of Cameron County Jail makes it obvious that there's an indifference indifference to the constitutional rights to vote for pre-trial detainees, and thus have enacted inadequate policies, procedures, practices, training, and supervision of employees at Cameron County Jail.

The Defendant, personally and through his authorized delegates, at all relevent times, have final authority, and is the policy maker for policies within Cameron County Jail, so therefore is liable with respect to Plantiff's constitutional privations by employees of Cameron County Jail.

Defendant, moreover, is liable to Plantiff for his injuries because its deliberate facts to properly train and/or supervise employees employed at Cameron County Jail, including individual Defendents "Jail officials" with regards to their duties and constitutional protections.

**V. Cause of Action for Court Costs / Fees**

7. After notice and hearing, and judgement in Plantiff's favor, Plantiff seeks an award for cost of service, cost of filing fee, cost of court, and any and all charges or expenses occurred in connection with this suit.

see Back →

## VI. Claims/Violations

9. Claim 1: deprivation of Plaintiff's constitutional right to vote under Article 6, section 2 to the Texas constitution against "Jail Officials", in violation of 42 U.S.C. 1983.

Claim 2: deprivation of Plaintiff's liberty interest to vote under the due process clause to the 14th Amendment to the U.S. constitution against "Jail Officials", in violation of 42 U.S.C. 1983.

Claim 3: Monell/supervisory liability against Defendant "Sheriff" for deprivation of Plaintiff's constitutional right to vote in the mid-term elections by his authorized delegates, in violation of 42 U.S.C. 1983.

## VII. Relief/Redress

10. Plaintiff seeks punitive relief in an amount determined by a jury against "Jail Officials" for deprivation of Plaintiff's constitutional right.

- Plaintiff seeks punitive relief in an amount determined by a jury against "Sheriff" for the deprivation of Plaintiff's constitutional right by his authorized delegates.

- Plaintiff seeks a declaration that "Jail Officials" violated Article 6, section 2 to the Texas constitution by denying Plaintiff's right to vote in the mid-term elections,

- all cost of suit; and

- all other appropriate relief deemed necessary.

### Prayer

8. Plaintiff prays that notice of this Petition issue as requested by law. After notice and hearing, Plaintiff prays the court enter a judgment as requested in this Petition. Plaintiff further pray for Defendants to be ordered to pay the fees and cost associated with this suit. Or any relief to which Plaintiff may be justly entitled to.

Respectfully submitted,

/s/ DeIra Bloven DOyle

281552, 2-CR-8

Cameron County Jail

954 East Harrison St.

Brownsville, TX 78520

12/15/2022

12/15/2022

To: Clerk
United States District Court
Southern District of Texas
600 E. Harrison Street #101
Brownsville, TX 78520


From: DeIra Clever, 281552
Cell 2-CR-8
Cameron County Jail
954 East Harrison St.
Brownsville, TX 78520

Contents enclosed:
1. Plantiff's Original Petition (Exhibit A)
2. Motion To Proceed In forma Pauperis
3. Plantiff's verified copy of his last six months Inmate Debit Account.



DeTric Clark
291552, R-U-5
Cameron County Jail
954 E. Harrison St.
Brownsville, TX 78520

MAIL
United States District Court
Southern District of Texas

DEC 23 2022

RECEIVED
Nathan Ochsner, Clerk of Court

Clerk
United States District Court
Southern District of Texas
600 E. Harrison Street #1061
Brownsville, TX 78520