UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| DEIRA GLOVER, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 1:22-CV-170 |
| § | |
| ERIC GARZA, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

In December 2022, Plaintiff DeIra Glover filed a prisoner's civil rights complaint against Defendants Eric Garza, Rafael Lucio, and unnamed lieutenants and sergeants of Cameron County Jail. Glover alleges that when he was a pretrial detainee, the Defendants denied him the right to vote in the midterm elections.

In February 2023, Defendants moved to dismiss all of Glover's causes of action. (Motion, Doc. 17) Glover filed his response, as well as a motion to amend his complaint to add a claim for injunctive relief, amend his state law claim, and identify Defendant Marco Dela-Reyes as one of the unknown defendants. (Response & Motion, Doc. 19) A Magistrate Judge issued an Order indicating that he would consider Glover's complaint amended as a matter of course, and would "consider the allegations made in the amended complaint in deciding the pending motion to dismiss." (Order, Doc. 20, 2)[1]

The Magistrate Judge recommends that Defendants' Motion be granted because Glover fails to state a claim upon which relief can be granted. (R&R, Doc. 22) No party filed objections to the Report and Recommendation, and the Court finds no clear error within it.

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 22). It is:

---

[1] The Defendants' Motion seeks dismissal on behalf of all named and unnamed defendants. As a result, although Glover added Marco Dela-Reyes as a named defendant after the Defendants filed the Motion, the Court considers the Motion as having been made on behalf of Dela-Reyes as one of the unnamed defendants.

**ORDERED** that Defendants' Motion to Dismiss Plaintiff's Original Petition with Authorities (Doc. 17) is **GRANTED;** and

**ORDERED** that all of Plaintiff DeIra Glover's causes of action against Defendants Eric Garza, Rafael Lucio, Marco Dela-Reyes, and unnamed lieutenants and sergeants of Cameron County Jail are **DISMISSED WITH PREJUDICE**.

The Clerk of Court is directed to close this matter.

Signed on May 24, 2023.

_____
Fernando Rodriguez, Jr.
United States District Judge